ORDERED.

Dated:  September 01, 2015

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

Case No. 8:15-bk-01497-CPM
Chapter 13

In re:

Nancy M. Rowe
    Debtor.[1]
_____/

**ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE**
(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)

THIS CASE came on consideration for the purpose of the entry of an appropriate order following the entry of an Order Reserving Ruling on Trustee's Motion to Dismiss for Failure to Make Payments and Granting Period to Cure Default on August 6, 2015 (the "Order") (Doc #38). By submission of this Order Dismissing the Chapter 13 case, the Trustee advises the Court that the Debtor[1] failed to comply with the Order, it is therefore

**ORDERED**:

    1.    The Motion to Dismiss is granted.

    2.    This case is DISMISSED without prejudice.

    3.    The Trustee shall return to the Debtor any remaining funds on hand not previously disbursed, notwithstanding any other court orders, and shall thereafter file his final

---

[1] All references to "Debtor" include and refer to both of the Debtor in a case filed jointly by two individuals.

2

report, upon which filing, he will be discharged of his duties as Trustee. The Trustee shall return the aforementioned funds on hand to the Debtor, in care of the Debtor's attorney, when represented by an attorney.

     4.     The effective date of this order is delayed fourteen (14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

     5.     All pending hearings are canceled.

Chapter 13 Trustee, Jon M. Waage is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/kja                                     C13T  8/31/15